# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED** AUG 2 4 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 18CR2905-DMS |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| DONTRETTE LAJOYCE HARPER-RICH (2), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal without prejudice; or

_____ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in Counts 1, 2 and 3 of the Information:

    8 U.S.C. Secs. 1324(a)(1)(A)(ii), (a)(1)(B)(i)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 24, 2018

Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE